IN RE COLLINS v. B & G PIE CO.

No. 672P82.

Case below: 59 N.C. App. 341.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 11 January 1983.

McCUISTON v. ADDRESSOGRAPH-MULTIGRAPH CORP.

No. 627PA82.

Case below: 59 N.C. App. 76.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 11 January 1983.

STATE v. BENNETT

No. 664PA82.

Case below: 59 N.C. App. 418.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 11 January 1983.

STATE v. COBLE

No. 626P82.

Case below: 59 N.C. App. 238.

Petition by defendant for discretionary review under G.S. 7A-31 denied 11 January 1983.

STATE v. DALTON

No. 625P82.

Case below: 59 N.C. App. 238.

Petition by defendant for discretionary review under G.S. 7A-31 denied 11 January 1983.